

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-12-00107-CR
_____

JOSE ANGEL PALACIOS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 31ᵗ District Court
Gray County, Texas
Trial Court No. 7618, Honorable Steven Ray Emmert, Presiding

May 31, 2013

ORDER GRANTING JOINT MOTION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Pending before this Court is the *Joint Motion to Reverse and Remand for New Trial*, signed and presented by Jeffrey T. Jones, representing Appellant, Jose Angel Palacios, and the District Attorney of Gray County, Franklin McDonough, representing the interests of the State. Both parties having agreed the interests of justice require a remand for another trial, we hereby grant said motion, reverse the judgment of the trial

court and remand the matter to the trial court for further proceedings. *See* TEX. R. APP. P. 43.2(d), 43.3(b) and 43.6.

Having granted this motion at the request of both parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.